Wabash Railway Company, plaintiff in error, v. Gus Dreyfuss, defendant in error. Gen. No. 37,289.

Opinion filed February 1, 1935. Rehearing denied February 13, 1935.

John Gibson Hale, for plaintiff in error. Blanksten & Lansing, for defendant in error.

Mr. Justice Sullivan delivered the opinion of the court.

John A. Bender, appellee, v. H. H. Seff Advertising Company et al., on appeal of Outdoor Advertising Agency of America, Inc., and Dorothy Marie Seff, appellants. Gen. No. 37,508.

Opinion filed February 1, 1935.

Deming, Jarrett & Mulfinger and Warren E. King, for appellants. David Raymond, for appellee.

Mr. Justice Sullivan delivered the opinion of the court.

Fred Meyer, appellee, v. Ludlow Typograph Company, appellant. Gen. No. 37,537.

Opinion filed February 1, 1935. Rehearing denied February 13, 1935.

Gann, Secord & Stead, for appellant; Guy Van Schaick, of counsel. Wilhartz, Hirsch & Schanfarber, for appellee; Julian H. Levi, Eugene H. Nirdlinger and George S. Freudenthal, Jr., of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Frank A. Aoskad, appellant, v. Carl Thorgersen and Hans Chr. Ericksen, appellees. Gen. No. 37,549.

Opinion filed February 1, 1935.

Edward J. McCarthy, for appellant; Maxfield Weisbrod, of counsel. A. S. & E. W. Froehlich, for appellees; S. B. Rosenzweig, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.